UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 19-40399 |
| ) | Chapter 7 |
| JERAMIE SIMON OLSON ) | |
| SSN/ITIN xxx-xx-0668 ) | |
| ) | ORDER DIRECTING DEBTORS TO |
| and ) | SUPPLEMENT REAFFIRMATION |
| ) | AGREEMENT WITH HOME POINT |
| MELISSA ANN OLSON ) | FINANCIAL CORPORATION |
| fka Melissa Ann Weber ) | IN LIEU OF DENIAL OF |
| SSN/ITIN xxx-xx-6328 ) | APPROVAL OF AGREEMENT |
| ) | |
| Debtors. ) | |

Upon consideration of Debtors' reaffirmation agreement with Home Point Financial Corporation (doc. 18) and the record before the Court; and it appearing the Court is unable to discern whether the agreement complies with 11 U.S.C. § 524(k) and 524(m) because Debtors have not adequately demonstrated an ability to make the payments on the reaffirmed debt; now, therefore,

IT IS HEREBY ORDERED Debtors shall, on or before November 8, 2019, file a supplement to the reaffirmation agreement that sets forth their present income, their present expenses, and, if Debtors' present income is less than their present expenses, that sets forth in detail how they will increase their income or reduce their expenses so they can make the payments on the reaffirmed debt. The supplement shall conform to local bankruptcy rule 4008-1(b)(2) and the sample at Appendix 4L.

IT IS FURTHER ORDERED if Debtors fail to comply with this order, approval of Debtors' reaffirmation agreement with Home Point Financial Corporation will be denied by separate order.

So ordered: October 25, 2019.

BY THE COURT:

*/s/ Charles L. Nail, Jr.*
Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota