UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 19-40399 |
| | ) | Chapter 7 |
| JERAMIE SIMON OLSON | ) | |
| SSN/ITIN xxx-xx-0668 | ) | |
| | ) | ORDER SETTING TELEPHONIC |
| and | ) | HEARING ON REAFFIRMATION |
| | ) | AGREEMENT BETWEEN |
| MELISSA ANN OLSON | ) | DEBTORS AND HOME |
| fka Melissa Ann Weber | ) | POINT FINANCIAL CORPORATION |
| SSN/ITIN xxx-xx-6328 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of the reaffirmation agreement between Debtors and Home Point Financial Corporation (doc. 18), Debtors' supplement to the agreement (doc. 29), and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED a telephonic hearing on the reaffirmation agreement shall be held November 21, 2019, at 1:10 p.m. (Central). The Court will initiate the telephone call. Debtors shall appear by telephone at the hearing so the Court may question them about the reaffirmation agreement and review their discharge privilege with them. On or before November 18, 2019, Debtors shall call Courtroom Deputy Nita Sarvis at (605) 945-4477 and give Deputy Sarvis a telephone number where they can be reached for the hearing. An attorney for Home Point Financial Corporation may also appear at the hearing by providing Deputy Sarvis with a telephone number on or before November 18, 2019.

So ordered: November 7, 2019.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota